# ELECTRONIC RECORD

COA #   11-12-00349-CR          OFFENSE: OTHER CRIMINAL

STYLE: **Daniel Vasquez Dominguez
v. The State of Texas**          COUNTY: Taylor

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 104th District Court

DATE: 2/27/15                Publish: NO   TC CASE #:     13674-B

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Daniel Vasquez Dominguez v.
The State of Texas**          CCA #: **PD-0346-15**

_____*PRO SE*_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____*STRUCK*_____          JUDGE: _____

DATE: ___*July 29, 2015*___          SIGNED: _____          PC: _____

JUDGE: ___*PC*___          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

___*PRO SE*___ **PETITION**          REHEARING IN CCA IS: _____

**FOR DISCRETIONARY REVIEW**          JUDGE: _____

IS_*REFUSED*_

DATE_*11/04/2015*_          **ELECTRONIC RECORD**

_____
**JUDGE**